USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1650 FRED DAVIS, Plaintiff, Appellant, v. HANOVER INSURANCE COMPANY, JOHN F. O'BRIEN, CHAIRMAN OF THE BOARD OF HANOVER INSURANCE COMPANY, Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Mark L. Wolf, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Fred Davis on brief pro se. __________ George R. Suslak and Stanton & Lang on brief for appellees. ________________ ______________ ____________________ OCTOBER 11, 1996 ____________________ Per Curiam. As the record indicates, at the time the ___________ instant case was filed in federal district court no judgment had yet entered in state court on the counterclaim of defendants/appellees. Since all claims had not been adjudicated, plaintiff/appellant had no right at that time to appeal the judgment dismissing his action. See Litton ___ ______ Business Telephone Systems, Inc. v. Schwartz, 9 Mass. App. ________________________________ ________ Ct. 865, 865, 400 N.E.2d 281, 281 (1979) (dismissing appeal "because the judgment entered . . . does not dispose of the counterclaim"). Consequently, he suffered no injury from the alleged failure of the state court to assemble his record for appeal. Affirmed. ________ -2-